IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Martin Andrews,<br><br>  Plaintiff,<br><br>vs.<br><br>Daniel Durazo,<br><br>  Defendant. | CV 07-1059-PHX-MHM (JM)<br><br>**ORDER** |

On May 24, 2007, Plaintiff has filed a *pro se* prisoner civil rights case pursuant to 42 U.S.C. § 1983 (Doc. 1). The matter was referred to United States Jacqueline Marshall, who issued a Report and Recommendation on October 9, 2007. Plaintiff has not filed an objection.

**STANDARD OF REVIEW**

The Court must review the legal analysis in the Report and Recommendation de novo. See 28 U.S.C. § 636(b)(1)(C). The Court must review the factual analysis in the Report and Recommendation de novo for those facts to which objections are filed. "Failure to object to a magistrate judge's recommendation waives all objections to the judge's findings of fact." Jones v. Wood, 207 F.3d 557, 562 n.2 (9th Cir. 2000).

**DISCUSSION**

In his civil rights action, Plaintiff alleges that Defendant Phoenix Police Officer Daniel Durazo perjured himself and violated Plaintiff's due process rights, as well as the First, Fourth, Fifth, and Fourteenth Amendments. In the Court-ordered brief, Defendant Durazo indicates that the criminal case against Plaintiff was dismissed without prejudice on August 31, 2007, and that Plaintiff was released from jail. However, Plaintiff has not filed with the Court a notice of his change of address.

In this Court's July 10, 2007 Order, Plaintiff was warned that the failure to comply with any court order would subject the action to dismissal. Plaintiff has failed to comply with the Court's order because he has not filed a Notice of Change of Address. Without a current address, there is little the Court can do to attempt to remedy this situation. Dismissal of this case is appropriate because Plaintiff has failed to inform the Court of his current contact information, in violation of a Court order. See Owens v. Kaiser Foundation Health Plan, Inc. 244 F.3d 855, 8559 (9th Cir. 2001) (finding it appropriate to dismiss for failure to prosecute acts as an adjudication on the merits).

**Accordingly**,

**IT IS ORDERED** adopting the Magistrate Judge's Report and Recommendation (Doc. 7) in its entirety.

**IT IS FURTHER ORDERED** dismissing with prejudice this matter in its entirety.

DATED this 19th day of December, 2007.

_____
Mary H. Murguia
United States District Judge

- 2 -